UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.  14-14418-RGS

JOHN D. MILLER

v.

UNITED STATES, et al.

MEMORANDUM AND ORDER

January 20, 2015

STEARNS, D.J.

Plaintiff John D. Miller initiated this action by filing a pro se complaint on December 15, 2014.

By Procedural Order dated December 24, 2014, plaintiff was advised that he must either (1) pay the $400.00 filing and administrative fees; or (2) move for leave to proceed without prepayment of the filing fee.  The order stated that failure to comply with the court's directive may result in the dismissal of this action.

The time for responding to the Court's December 24, 2014 Procedural Order expired on January 14, 2015.  Having received no response to the Procedural Order, the above entitled action is hereby DISMISSED without prejudice.  The Clerk shall enter a separate order of dismissal.

SO ORDERED.

 /s/ Richard .G.Stearns
UNITED STATES DISTRICT JUDGE